Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-10-00808-CV

Sam Alan **BYBEE**,
Appellant

v.

Beverly Cook **BYBEE**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-04427
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed:  January 19, 2011

DISMISSED

The appellant has filed an unopposed motion to dismiss this appeal.  We grant the motion

and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1).

PER CURIAM